

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00394-CR

**FREDERICK-WILLIAM VAN HORN,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the County Court at Law No. 2
### Ellis County, Texas
### Trial Court No. WRIT 1001

# O R D E R

Frederick-William Van Horn's Plea to the Jurisdiction, filed on December 11, 2015, is denied. This appeal remains pending. Van Horn's brief is due December 18, 2015.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Plea denied
Order issued and filed December 23, 2015

